FILED
CLERK, U.S. DIST[RICT COURT]

SEP 14 2007

CENTRAL DISTRICT
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>RUBEN LOPEZ PINEDA,<br><br>           Defendant. | NO.:  07-1536 M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A.   ( )   On motion of the Government involving an alleged

        1.( )     crime of violence;

        2.( )     offense with a maximum sentence of life imprisonment or death;

        3.( )     narcotic or controlled substance offense with a maximum sentence of ten or more years;

        4.( )     felony - the defendant has been convicted of two or more prior offenses described above.

Deten.ord

B. On motion (X) by the Government/( ) by the Court <u>sua sponte</u> involving:

1. (X) a serious risk that defendant will flee;
2. ( ) a serious risk that defendant will
   a. ( ) obstruct or attempt to obstruct justice;
   b. ( ) threaten, injure or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

The Court finds that no condition or combination of conditions will reasonably assure:

A. (X) the appearance of the defendant as required;

and/or

B. (X) the safety of any person or the community.

## III.

The Court has considered:

A. (X) the nature and circumstances of the offenses;
B. (X) the weight of evidence against the defendant;
C. (X) the history and characteristics of the defendant;
D. (X) the nature and seriousness of the danger to any person or the community.

Deten.ord                                    2

IV.

The Court has considered all the evidence adduced at the hearing, the argument or statements of counsel, and the Report of Pre-Trial Services.

V.

The Court finds that:

A. (X) The defendant poses a risk to the safety of other persons or the community because: _of his extensive criminal history._

B. (X) The history and characteristics of the defendant indicate a serious risk that the defendant will flee because: _he has four prior deportations from the U.S., is a citizen of Mexico, and is alleged to be present illegally in the U.S._

C. ( ) A serious risk exists that the defendant will:
1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness or juror;
3. ( ) attempt to threaten, injure or intimidate a witness or juror;

because: _____

Deten.ord                                    3

D.   ( )   The defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142(e).

**IT IS ORDERED** that the defendant be detained prior to trial.

**IT IS FURTHER ORDERED** that the defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

**IT IS FURTHER ORDERED** that the defendant be afforded reasonable opportunity for private consultation with counsel.

DATED: September 14, 2007

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten.ord                                                  4